IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DUIT CONSTRUCTION COMPANY, INC.**                                                       **PLAINTIFF**

v.                               Case No. 4:13-cv-00458-KGB

**SCOTT BENNETT, et al.**                                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this same date, this case is dismissed. The relief requested is denied.

It is so adjudged this 30th day of March, 2016.

_____
Kristine G. Baker
United States District Judge